UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __5__

---

Esposito

-v-

District attorney, NYC

---

U.S.C.A. # _____

U.S.D.C. # __07-cv-8599__

JUDGE: __LAP__

DATE: __NOV. 14, 2007__

*U.S. DISTRICT COURT FILED NOV 14 2007 S.D.N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENT DESCRIPTION**                                                    **DOC. #**

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

(✓) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __14TH__ Day of __NOVEMBER__ 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

Esposito

-v-

District Attorney, NYC

---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07·cv· 8599

JUDGE: LAP

DATE: 11-14-2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 14th Day of NOVEMBER in this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-08599-LAP
### Internal Use Only

Esposito v. District Attorney of the County of New York
Assigned to: Judge Loretta A. Preska
Cause: 42:1983 Civil Rights Act

Date Filed: 10/04/2007
Date Terminated: 10/04/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2007 | 1 | COMPLAINT against District Attorney of the County of New York, Ada Jennifer Steiner Crowell, Police Department of the City Of New York, Manhattan Special Victims Squad of the New York City Police Department. Document filed by Louis C. Esposito.(jeh) (Entered: 10/05/2007) |
| 10/04/2007 | | Magistrate Judge Theodore H. Katz is so designated. (jeh) (Entered: 10/05/2007) |
| 10/04/2007 | 2 | ORDER OF DISMISSAL; Although the Court would generally permit amendment of a fee-paid complaint to cure any defects before dismissing such a case sua sponte, there is no need to do so here as Plaintiff presents no arguably meritorious issue. For reasons set forth in this order, accordingly, the complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Loretta A. Preska on 10/04/2007) (jeh) (Entered: 10/05/2007) |
| 10/04/2007 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Loretta A. Preska on 10/04/2007) (jeh) (Entered: 10/05/2007) |
| 11/05/2007 | 4 | NOTICE OF APPEAL from [3] Judgment - Sua Sponte (Complaint). Document filed by Louis C. Esposito. Copies mailed to attorney(s) of record: District Attorney, NYC. (tp) (Entered: 11/14/2007) |
| 11/05/2007 | | Appeal Remark as to [4] Notice of Appeal filed by Louis C. Esposito. $455.00 APPEAL FEE DUE. IFP REVOKED 10/4/07.(tp) (Entered: 11/14/2007) |
| 11/14/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [4] Notice of Appeal. (tp) (Entered: 11/14/2007) |
| 11/14/2007 | | Transmission of Notice of Appeal to the District Judge re: [4] Notice of Appeal. (tp) (Entered: 11/14/2007) |