## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

**Date:** 12/18/07

**Docket Number:** 07-5124-cv

**Short Title:** Esposito v. District Attorney of the County of New York

DC Docket Number: 07-cv-8599

DC:   SDNY (NEW YORK CITY)

DC Judge: Honorable Loretta Preska

### MOTION INFORMATION FORM

Movant: Pro Se, Luisa C. Esposito.



|  | Yes | No |
|---|---|---|
| Consent sought from adversary(ies)? | /__/ | /__/ |
| Consent obtained from adversary(ies)? | /__/ | /__/ |
| Is oral argument desired? | /__/ | /__/ |

### ORDER

IT IS HEREBY ORDERED that the Appellant's Motion to Withdraw Appeal be and it hereby is granted.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: _____
Motion Staff Attorney

$sup.$

FILED
NOV 30 2007
Catherine O'Hagan Wolfe, Clerk

FILED
DEC 26 2007
Catherine O'Hagan Wolfe, Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____ DEPUTY CLERK

CERTIFIED 01/24/08